Certificate Number: 15317-ILN-DE-031123347

Bankruptcy Case Number: 18-09911



15317-ILN-DE-031123347

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 3, 2018</u>, at <u>5:58</u> o'clock <u>AM PDT</u>, <u>Susanne E Sharrow-Christopher</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:    <u>June 3, 2018</u>               By:      <u>/s/Jane Alba</u>

                                        Name:    <u>Jane Alba</u>

                                        Title:   <u>Counselor</u>